**Order entered August 10, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00858-CV

### IN RE STEPHEN HOWARD TIMMS, Relators

**Original Proceeding from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-06-00155**

## ORDER

Before Justices Francis, Evans, and Stoddart

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus as

moot. We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/ *David Evans*
DAVID EVANS
JUSTICE